Summary
Land Profile
Residential
Commercial
Improvements
Permits
Mapping
Sketch
Photo
Aerial Photos
Transfers
BOR Status
CAUV Status
Tax & Payments
Tax Distribution
Value History
Rental Contact
Quick Links

ParcelID: 010-155838-00          Map-Rt: 010-N123L -154-00
MATHEWS ALLEN & TINA                       919 RUMA RD

1 of 1
Return to Search Results

### Owner

| | |
|---|---|
| Owner | MATHEWS ALLEN & TINA |
| Owner Address | 919 RUMA RD |
| | COLUMBUS OH 43207 |
| Legal Description | RUMA ROAD |
| | SOUTHERN PINES SEC |
| | NO 12 LOT 782 |
| Calculated Acres | .14 |
| Legal Acres | 0 |

Tax Bill Mailing

**Actions**
 Neighborhood Sales
 Proximity Search
 Printable Version
 Custom Report Builder

**Reports**

Proximity Report
Map Report
Parcel Summary
Parcel Detail

Go

**Social Media Links**

View Google Map

### Most Recent Transfer

| | |
|---|---|
| Transfer Date | APR-14-1995 |
| Transfer Price | $57,900 |
| Instrument Type | WD |

### 2016 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 07401 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2016: Yes 2017: Yes |
| Homestead Credit | 2016: No 2017: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43207 |

### 2016 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 16,000 | 49,900 | 65,900 |
| TIF | | | |
| Exempt | | | |
| Total | 16,000 | 49,900 | 65,900 |
| CAUV | 0 | | |

### 2016 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 5,600 | 17,470 | 23,070 |
| TIF | | | |
| Exempt | | | |
| Total | 5,600 | 17,470 | 23,070 |

### 2016 Taxes

| Net Annual Tax | Taxes Paid | CDQ |
|---:|---:|---:|
| 1,528.24 | 764.12 | |