# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Charles Allen Mathews | : | Case No: 17-51823 |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | 341 hrg. date: 05/03/2017 |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__          Below median income _____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

__X__ Other: **Provide a copy of the separation agreement for Trustee's review.**
**The treatment of Carrington Mortgage under paragraph (13) of the plan does not provide a specific interest rate and does not provide a per month payment.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for July 06, 2017, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $776 per month for 43 months, $826 per month for the duration of the plan.**

**Best Interest Dividend: 0%    Dividend: 100%**

**Length: 57 Months**

Dated: May 08, 2017                    Respectfully submitted,

**/s/  Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

# CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: May 08, 2017　　　　　　　　　　**/s/ Frank M. Pees**
　　　　　　　　　　　　　　　　　　　　Frank M. Pees
　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　130 East Wilson Bridge Road #200
　　　　　　　　　　　　　　　　　　　　Worthington, Ohio 43085-6300